IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 07-00072-CG |
| | ) | |
| ARNOLD BUSH, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 13, 2007, this matter came on for a hearing on the defendant's motion to dismiss Counts One, Two, Three and Four of the Superseding Indictment (Doc. 29), motion for <u>Kastigar</u> hearing and to produce Grand Jury minutes (Doc. 30), motion to suppress evidence and statements (Doc. 32), and the government's responses thereto (Docs. 43,44).

Upon due consideration of the evidence presented and the arguments of counsel, the defendant's motion to dismiss based on pre-indictment delay, improper venue, and improper use of immunized statements is hereby **DENIED** as set forth on the record.

The court further finds that the Madison, Alabama police had, at the very least, reasonable suspicion to stop the car, and based on discovery of the marijuana in defendant's pocket and the odor of marijuana coming from the vehicle, both the arrest and ensuing search of the vehicle were legal. The motion to suppress is therefore **DENIED**.

**DONE and ORDERED** this 13th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE