IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ARNOLD BUSH, JR.,** : | |
| Petitioner, : | |
| | CIVIL ACTION 09-0143-CG-M |
| v. : | |
| | CRIMINAL ACTION 07-00072-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made[1], the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Motion to Dismiss (Doc. 165) be **GRANTED**, Petitioner's Motion to Vacate (Doc. 160) be **DENIED**, and that this action be **DISMISSED**.

**DONE and ORDERED** this 17th day of August, 2009

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that even if petitioner's claims were not waived or precluded by law, the relief he seeks still would not be available. The Sentencing Guideline amendment he claims should have been applied in his case, Amendment 599, pertains only to defendants convicted of violations of either 18 U.S.C. §924(c) or 924(a). Bush was convicted of the firearm prohibition of 18 U.S.C. §922(g)(3).