IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARNOLD BUSH, JR.,** | : | |
| Petitioner, | : | |
| | | **CIVIL ACTION 09-0143-CG-M** |
| v. | : | |
| | | **CRIMINAL ACTION 07-00072-CG-M** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Arnold Bush, Jr.

**DONE and ORDERED** this 17th day of August, 2009

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE